IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00397-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 9 2008

GREGORY C. LANGHAM
CLERK

BRIGETT THOMAS,

Plaintiff,

v.

DENVER WOMEN'S CORRECTIONAL, and
LA VISTA CORRECTIONAL,

Defendants.

---

ORDER OF DISMISSAL

---

Plaintiff, Brigett Thomas, appears to be released on parole. She attempted to initiate this action by submitting ***pro se*** two different prisoner complaints and two different prisoner's motions and affidavits for leave to proceed pursuant to 28 U.S.C. § 1915. The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on February 26, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Ms. Thomas to cure certain deficiencies in the case within thirty days if she wished to pursue her claims.

The February 26, 2008, order pointed out that Ms. Thomas failed to submit one Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The February 26 order also pointed out that Ms. Thomas failed to submit one Prisoner Complaint. The order warned Ms. Thomas that if she failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and

without further notice. Ms. Thomas has failed within the time allowed to cure the deficiencies listed in the February 26 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaints and the action are dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that the motions and affidavits for leave to proceed pursuant to 28 U.S.C. § 1915 are denied as moot.

DATED at Denver, Colorado, this 8 day of April, 2008.

BY THE COURT:

Zita L. Weinshienk

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00397-BNB

Brigett Thomas
Prisoner No. 120794
3652 Grape St.
Denver, CO 80207

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/9/08

GREGORY C. LANGHAM, CLERK

By: ______________________
Deputy Clerk